# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

**RONALD DAVID JONES,**

    **Plaintiff,**

**v.**        Case No. 4:20cv31-MW/CAS

**GADSDEN COUNTY SCHOOLS**
**and**
**HEART TO HEART ACADEMY,**

    **Defendants.**
_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 3. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's Complaint, ECF No. 1, is **DISMISSED** for failure to state a claim upon which relief may be granted." The Clerk shall also close the file.

**SO ORDERED on February 18, 2020.**

                                    **s/Mark E. Walker**
                                    **Chief United States District Judge**